**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK 10007

Roseann B. MacKechnie
CLERK



| | |
|---|---|
| Date: | 7/8/04 |
| Docket Number: | 03-222-pr |
| Short Title: | Gulston v. Department of Corr. |
| DC Docket Number: | 03-cv-1039    PRIS |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Peter Dorsey |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 8th day of July two thousand four.

Gulston v. Department of Corrections.

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,
Roseann B. MacKechnie, Clerk
By: Gislaine Phillip
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified: JUL 8, 2004